# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Bret Wyatt Neal, *Plaintiff* v. Suzzie Gwinn, Rick Gwinn *Defendant* | Civil Action No. 1:19-cv-03171-RMP |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 13, 2019**

SEAN F. McAVOY, CLERK

## JUDGMENT OF DISMISSAL

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion (ECF No. 8) is GRANTED.
The Complaint (ECF No. 1) is DISMISSED WITHOUT PREJUDICE.
All pending motions are DENIED as moot.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROSANNA MALOUF PETERSON

Date: 11/13/2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates